**Warren R. FOLLUM, Plaintiff—Appellant,**

v.

**UNITED STATES of America; Commissioner, Internal Revenue Service, Defendants—Appellees.**

No. 07–1936.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2008.

Decided: March 3, 2008.

Warren R. Follum, Appellant Pro Se. Jonathan D. Carroll, Bruce Raleigh Ellisen, Sara Ann Ketchum, United States Department of Justice, Washington, D.C., for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren R. Follum appeals from the district court's order dismissing his refund action for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Follum v. United States,* No. 5:07–cv–13–F, 2007 WL 2847930 (E.D.N.C. Aug. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*